HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
FRANK GOWANS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK GOWANS, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 14-cr-314 JAM <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME <br><br> Date: February 3, 2015 <br> Time: 9:30 a.m. <br> Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Olusere Olowoyeye, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Frank Gowans, that the status conference scheduled for January 6, 2015 be vacated and continued to February 3, 2015 at 9:30 a.m.

The reasons for the continuance are to allow defense counsel and her office investigator to view tangible evidence pertaining to the case and to allow counsel additional time further investigate the facts of the case and for defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 3, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 30, 2014            HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ Noa E. Oren
                                     NOA E. OREN
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     FRANK GOWANS

DATED: December 30, 2014            BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Olusere Olowoyeye
                                     OLUSERE OLOWOYEYE
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 3, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 6, 2015 status conference shall be continued until February 3, 2015, at 9:30 a.m.

DATED: January 2, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge