1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   NOA E. OREN #297100
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorneys for Defendant

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          )   No. 14-cr-314 JAM
                                       )
12                  Plaintiff,         )   STIPULATION AND [PROPOSED] ORDER
                                       )   FOR TEMPORARY RELEASE
13          v.                         )
                                       )   Judge: Hon. Allison Claire
14  FRANK GOWANS,                      )
                                       )
15                  Defendant.         )
                                       )
16  _____    )

17          The parties hereby stipulate and request that the Court issue an order granting Mr.

18  Gowans's temporary release on Friday, May 22, 2015 from 9:00 a.m. to 2:00 p.m. to allow him

19  to attend the funeral of his cousin, David Strong.  Assistant United States Attorney, Olusere

20  Olowoyeye does not oppose this request.

21          Mr. Gowans was quite close with his cousin.  He would like to honor his memory by

22  attending his funeral.  Counsel for the defense has spoken with Mr. Gowans's father.  He has

23  asked that the Court consider the temporary release of Mr. Gowans.

24          This Court previously detained Mr. Gowans after initial appearance on the complaint that

25  alleged violation of 21 U.S.C. § 922(g)(1), felon in possession. An indictment was filed in this

26  case on November 14, 2014.

27          The parties stipulate and agree: that Mr. Gowans be transported to the United States

28  Marshal's Office on the 5th Floor of the United States Courthouse the morning of May 22, 2015;

1   that Mr. Gowans be temporarily released from the Marshal's Office to the custody of

2   Investigators Melvin Buford and Juan Doig from the Office of the Federal Defender on May 22,

3   2015, from 9:00 a.m. to 2:00 p.m.; and, that the investigators limit Mr. Gowans's activity solely

4   to traveling to the funeral services, attending the services, and then returning to the Marshal's

5   Office by 2:00 p.m.

6          The funeral services will occur at Mount Cavalry Baptist Church, 1735 Enterprise Drive,

7   Building 3, Fairfield, CA 94533, on May 22, 2015, at 11:00 a.m.  Investigators Buford and Doig

8   will escort Mr. Gowans to the cemetery and return him to the Marshal's Office.  Mr. Gowans

9   will remain in the custody of the Federal Defender investigators during the entire time of his

10  temporary release.   The investigators will provide the United States Marshal's Office with

11  Mr. Gowans's street clothes the day of his temporary release.

12         Counsel for Mr. Gowans has conferred with the United States Marshal's Office, and has

13  confirmed the Marshals will accommodate this plan so long as the Court approves of it.

14

15  DATED: May 15, 2015                         Respectfully submitted,

16                                              HEATHER E. WILLIAMS
                                                Federal Defender

17                                              /s/ Noa Oren
18                                              NOA EVA OREN
                                                Assistant Federal Defender
19                                              Attorneys for Defendant

20  DATED: May 15, 2015                         BENJAMIN B. WAGNER
                                                United States Attorney
21

22                                              /s/ Olusere Olowoyeye
                                                OLUSERE OLOWOYEYE
23                                              Assistant U.S. Attorney
                                                Attorney for Plaintiff

24

25

26

27

28

1

**O R D E R**

2    The Court, having received, read, and considered the stipulation of the parties, and good

3    cause appearing, adopts the stipulation of the parties in its entirety as its order.

4    The Court hereby orders Mr. Gowans's temporary release from the United States Marshal

5    to the custody of Investigators Melvin Buford and Juan Doig from the Office of the Federal

6    Defender on May 22, 2015, from 9:00 a.m. to 2:00 p.m.

7    Mr. Gowans's activity will be limited to traveling to the funeral services described above,

8    attending the services, and then returning to the Marshal's Office by 2:00 p.m.  Mr. Gowans will

9    remain in the custody of the Federal Defender investigators during the entire time of his

10   temporary release.

11   DATED: May 15, 2015

12

13   _____

14   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28