BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-314 JAM |
|---|---|
| Plaintiff, | ORDER RESETTING PSR SCHEDULE AND CONTINUING SENTENCING TO SEPTEMBER 15, 2015 |
| v. | |
| FRANK GOWANS III, | |
| Defendant. | |

The Court has read and considered the United States's Motion to Reset PSR Schedule and Continue Sentencing to September 15, 2015. Dkt. #24. It has also read and considered the defense's opposition to this motion. Dkt. #25. The Court hereby grants the government's motion.

THEREFORE:

1. The government's motion is GRANTED.

2. The date of the sentencing is continued to September 15, 2015, at 9:15 a.m.

3. The U.S. Probation Officer shall issue his Final Presentence Investigation Report by August 24, 2015.

//

//

//

3. Motions for correction shall be submitted by August 31, 2015.

4. Replies or statements of non-opposition to be filed by September 7, 2015.

IT IS SO ORDERED.

Dated: July 10, 2015                     /s/ John A. Mendez_____

The Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE